MAUDE JENSEN et al., Appellants, v. BROOKLYN AND QUEENS TRANSIT. CORPORATION, Respondent.— Carswell, Johnston and Taylor, JJ., concur; Hagarty and Adel, JJ., dissent and vote to affirm the judgment.

ANNA KRISCHER et al., Respondents, v. CHARLES J. F. DECKER et al., as Trustees for Westchester Title and Trust Company in Liquidation (Series 23E), Appellants.— Hagarty, Carswell, Johnston and Adel, JJ., concur; Taylor, J., not voting.

MURRAY LAGER, Respondent, v. CITY OF NEW YORK, Appellant.— Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

NATHAN LAMPERT, Respondent, v. BARON WAISER TRUCK RENTING CORPORATION et al., Appellants.— Hagarty, Carswell, Johnston, Adel and Taylor, JJ., concur.

ESTHER LEMLICH, Respondent, v. MARY LEMLICH, as Executrix of MARCUS S. LEMLICH, Deceased, Appellant.— Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ., concur.